JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

District of Rhode Island (At Providence)

CA 07 352

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. PLAINTIFF

Mr. Jan F. Becker, US, Political Prisoner #A399-713
Mansfield Correctional Institution
Secret United Way Death Gulag #3
P.O. Box 788, 1150 North Main Street
Mansfield, Ohio 44901-0788

**DEFENDANTS** [illegible] Hudson, Sheldon Whitehouse, Jack Reed, G.W. Bush, Paul D. Clement, A. Gonzales, J. Ashcroft, And United Way of Rhode Island, et al. Robert Clark Corrente, Margaret E. Curran, Frank J. Williams, Donald Carcieri, Patrick C. Lynch, G. Ralph Mollis, Steven M. Pare, Marcia McGair Ippolito, David D. Curtin, Helen O. McDonald, Dennis F. Ziroli, A.M. Marques, M. Ewing, M. McMahon, J. Torti, R.G. Clark, P.J. Kennedy, James Langevin, etc.

Attorneys:
Rhode Island Attorneys General Patrick C. Lynch, 150 S. Main St., Providence, RI 02903

U.S. Atty. Robert Clark Corrente, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, RI 02903

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ■ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ■ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ■ 4 |
| Citizen of Another State | ■ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ■ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ■ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ■ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ■ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ■ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ■ 370 Other Fraud
- ☐ 371 Truth in Lending
- ■ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ■ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ■ 530 General
- ■ 535 Death Penalty
- ■ 540 Mandamus & Other
- ■ 550 Civil Rights
- ■ 555 Prison Condition

**FORFEITURE/PENALTY**
- ■ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ■ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ■ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ■ 410 Antitrust
- ■ 430 Banks and Banking
- ■ 450 Commerce
- ■ 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ■ 890 Other Statutory Actions
- ■ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ■ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ■ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- ■ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ■ 5 Transferred from another district (specify)
- ■ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

28U.S.Code §503,2284,2241,2254;18U.S.C.A.§1961et Seq.United Way Political Prisoner held without due process,appeal,or judges for presidential kill-order concealing Iraqi Invasion Scandal.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 31million per day/ea.

CHECK YES only if demanded in complaint: JURY DEMAND: ■ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE NO JUDGES, everyone enbanc refused to preside. DOCKET NUMBER U.S.6thCir. #04-3816

DATE: Mon. Sept 10th 2007

SIGNATURE OF ATTORNEY OF RECORD: Mr. Jan F. Becker

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE #1 ______ MAG. JUDGE #2 ______

(3-judge panel) #3 ______

# UNITED STATES DISTRICT COURT FOR THE (At Providence) DISTRICT OF Rhode Island
## CIVIL CASE INFORMATION STATEMENT (CIS)

**CAPTION** Becker v Hudson, Sheldon Whitehouse, Jack Reed, G.W.Bush, Paul D Clement, A. Gonzales, J. Ashcroft, And United Way of Rhode Island, et Al,

**CASE NO.**

**Consent to the Jurisdiction of a Magistrate Judge** Three-judge panel ONLY demand pursuant to 28U.S.Code §503 and 28U.S.Code §2284.

~~YES ☐~~ NO ■

**If YES, have You Filled Out the Appropriate Form?** N/A

~~YES ☐ NO ☐~~

**JUDGE:**

**JUDGE:**

**JUDGE:**

**TRACK ASSIGNMENT REQUESTED**

Administrative ☐ Expedited ■ Standard ☐ Complex ☐ Mass Torts ☐

**ALTERNATIVE DISPUTE RESOLUTION - IS THIS CASE SUITABLE FOR DISPOSITION BY ADR? IF SO, BY WHICH ADR PROCESS(ES):** N/A

~~Early Neutral Evaluation ☐~~ See LR 16.5(a) ~~Mediation ☐~~ See LR 16.6(a) ~~Arbitration ☐~~ See LR 16.7(a) ~~Summary Jury Trial ☐~~ See LR 16.8(a) ~~Summary Bench Trial ☐~~ See LR 16.9(a) ~~Other ☐~~ See LR 16.10

**Is this case suitable for electronic filing? (See guidelines on reverse side.)**

~~Yes~~ X No, if no, why not Political Prisoner has no computer. To Protect All 93 U.S. Attorneys, United Way Domestic Spying Resulting in Resignation of Alberto Gonzales,

**Briefly describe this case; include any special characteristics that may warrant extended discovery or accelerated disposition. If complex or expedited track assignment is requested, explain why. (Use Separate Sheet if Additional Space is Required.)** Political Prisoner of United Way held kidnapped in State prison for 7 years of Bush Administration; with double-falsified FBI & BCI prison records; without due process, habeas corpi or appeals with judges in plot to kill-for-hire by president; concealing Iraqi Invasion Scandal.

**RELATED CASE?** YES ■ NO ☐ **CASE NO.** U.S.6thCir. #04-3816 **JUDGE** NO JUDGES

**ATTORNEY NAME AND BAR I.D. NUMBER**

Mr. Jan F. Becker #A399-713
U.S. Political Prisoner [redacted]

**TELEPHONE NUMBER**

(419) 526-2000

**FIRM NAME AND ADDRESS**

Mansfield Correctional Institution
Secret United Way Death Gulag #3
P.O. Box 788, 1150 North Main Street
Mansfield, Ohio 44901-0788

**PARTY NAME - DOCUMENT TYPE**

Becker R.I.C.O. Habeas Corpus

The information provided on this CIS statement will be used for administrative purposes only LR 3.13(b)

75288