# United States District Court

(At Providence) DISTRICT OF Rhode Island

Mr. Jan F. Becker, pro se Plaintiff
U.S. Political Prisoner #A399-713
v.
Warden Hudson, Sheldon Whitehouse, Jack Reed, G.W. Bush, Paul D. Clement, A. Gonzales, J. Ashcroft, And United Way of Rhode Island, et Al.

**MOTION & APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER:

I, Mr. Jan F. Becker ------------------, declare that I am the *(check appropriate box)*

■ petitioner/plaintiff

☐ ~~respondent/defendant~~

☐ ~~movant (filing 28 U.S.C. 2255 motion)~~

■ 28U.S.Code§503, §2284, §2241, §2254 & 18U.S.C.A.§1961et seq.; 42U.S.C.§1983 18U.S.C.§956; *other*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding of the issues I intend to present on appeal are briefly stated as follows: United Way-U.S.Political Prisoner held on falsified charges; framed with fabricated United Way evidence; using double-fake Ohio BCI & FBI criminal history and prison records; without due process, habeas corpus, appeals with judges; in court-conspiracy to conceal United Way kidnappings and presidential kill-for-hire plot to cover-up the pre-emptive Conspiracy to Invade Iraq Diversion from the original G.H.W.Bush/Aramony United Way Debacle compromising all 93 U.S. Attorneys, firing 9 ... for United Way.

In further support of this application, I answer the following questions.

1. Are you presently employed? Yes ☐ No ■
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)
      N/A (See: Attached Certified Accounting Statement)
   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. N/A

2. Have you received within ~~the~~ past twelve months any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other form of self-employment | Yes ☐ | No ■ |
| b. | Rent payments, interest or dividends? | Yes ☐ | No ■ |
| c. | Pensions, annuities or life insurance payments? | Yes ☐ | No ■ |
| d. | Gifts or inheritances? | Yes ■ | No ☐ |
| e. | Any other sources? | Yes ■ | No ☐ |

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
Yes ☐ No ■ (Include any funds in prison accounts.)
If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
Yes ☐ No ■
If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Mon. Sept. 10th 2007 (Date) [signature] Signature of Applicant

**CERTIFICATE**

*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ 5.61 on account to his credit at the Maukfield Corr. Inst. institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: N/A

I further certify that during the last six months the applicant's average balance was $ 36.33

[signature] Authorized Officer of Institution

**ORDER OF COURT**

| | |
|---|---|
| The application is hereby denied<br><br>_______________ United States Judge    _______ Date | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.<br><br>_______________ United States Judge or Magistrate Judge    _______ Date |

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/04/2007 | $8.75 | State Pay | State Pay | $16.95 | $0.00 | $0.00 |
| 05/07/2007 | ($5.00) | Withdrawal to CLERK OF COURT | FFF, 3:07CV218(RNC) | $11.95 | $0.00 | $0.00 |
| 05/09/2007 | ($4.75) | Commissary Sale | Ticket Number 43324 | $7.20 | $0.00 | $0.00 |
| 05/16/2007 | ($2.65) | Commissary Sale | Ticket Number 44068 | $4.55 | $0.00 | $0.00 |
| 05/23/2007 | ($1.96) | Commissary Sale | Ticket Number 44858 | $2.59 | $0.00 | $0.00 |
| 05/23/2007 | $100.00 | Money Order | money order 5/17/07 #3 | $102.59 | $0.00 | $0.00 |
| 05/23/2007 | ($15.00) | Bus Ticket at Release | CASH SLIP DATED 5/23/2007 | $87.59 | $0.00 | $0.00 |
| 05/23/2007 | $15.00 | Reversed Bus Ticket at Release | Reversed Task No. 4272130 | $102.59 | $0.00 | $0.00 |
| 05/23/2007 | ($15.00) | Copy Charges | CASH SLIP DATED 5/23/2007 | $87.59 | $0.00 | $0.00 |
| 05/23/2007 | $2.25 | State Pay | ADVANCE PAY FOR TRANSFER TO SOCF | $89.84 | $0.00 | $0.00 |
| 05/23/2007 | ($2.25) | Reversed State Pay | Reversed Task No. 4272173 | $87.59 | $0.00 | $0.00 |
| 05/24/2007 | $12.75 | State Pay | ADVANCE PAY FOR TRANSFER TO MANCI | $100.34 | $0.00 | $0.00 |
| 05/29/2007 | ($1.07) | Postage Charges (USPS) | | $99.27 | $0.00 | $0.00 |
| 05/29/2007 | ($1.09) | Postage Charges (USPS) | | $98.18 | $0.00 | $0.00 |
| 05/29/2007 | ($1.07) | Postage Charges (USPS) | | $97.11 | $0.00 | $0.00 |
| 05/29/2007 | ($1.09) | Postage Charges (USPS) | | $96.02 | $0.00 | $0.00 |
| 05/29/2007 | ($1.07) | Postage Charges (USPS) | | $94.95 | $0.00 | $0.00 |
| 05/29/2007 | ($0.34) | Postage Charges (USPS) | | $94.61 | $0.00 | $0.00 |
| 05/29/2007 | ($1.07) | Postage Charges (USPS) | | $93.54 | $0.00 | $0.00 |
| 05/29/2007 | ($1.07) | Postage Charges (USPS) | | $92.47 | $0.00 | $0.00 |
| 05/29/2007 | ($1.07) | Postage Charges (USPS) | | $91.40 | $0.00 | $0.00 |
| 05/29/2007 | ($1.24) | Postage Charges (USPS) | | $90.16 | $0.00 | $0.00 |
| 05/29/2007 | ($1.07) | Postage Charges (USPS) | | $89.09 | $0.00 | $0.00 |
| 05/29/2007 | ($1.07) | Postage Charges (USPS) | | $88.02 | $0.00 | $0.00 |
| 05/30/2007 | ($1.07) | Postage Charges (USPS) | | $86.95 | $0.00 | $0.00 |
| 05/30/2007 | ($1.65) | Postage Charges (USPS) | CASH SLIP DATED 5/21/2007 | $85.30 | $0.00 | $0.00 |
| 05/31/2007 | ($34.00) | Commissary Sale | Ticket Number 47846 | $51.30 | $0.00 | $0.00 |
| 06/01/2007 | $0.00 | $10.00 Reservation to Pos Exemption | Pos Exemption | $51.30 | $0.00 | $0.00 |
| 06/07/2007 | ($10.00) | Copy Charges | | $41.30 | $0.00 | $0.00 |
| 06/07/2007 | ($10.00) | Copy Charges | | $31.30 | $0.00 | $0.00 |
| 06/07/2007 | ($5.40) | Commissary Sale | Ticket Number 48735 | $25.90 | $0.00 | $0.00 |
| 06/08/2007 | ($0.02) | Postage Charges (USPS) | | $25.88 | $0.00 | $0.00 |
| 06/08/2007 | ($0.02) | Postage Charges (USPS) | | $25.86 | $0.00 | $0.00 |
| 06/08/2007 | $0.75 | State Pay | State Pay | $26.61 | $0.00 | $0.00 |
| 06/11/2007 | ($1.26) | Postage Charges (USPS) | | $25.35 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/11/2007 | ($1.09) | Postage Charges (USPS) | | $24.26 | $0.00 | $0.00 |
| 06/11/2007 | ($1.09) | Postage Charges (USPS) | | $23.17 | $0.00 | $0.00 |
| 06/11/2007 | ($1.07) | Postage Charges (USPS) | | $22.10 | $0.00 | $0.00 |
| 06/11/2007 | ($0.90) | Postage Charges (USPS) | | $21.20 | $0.00 | $0.00 |
| 06/13/2007 | ($5.57) | Payment to CHILD SUPPORT | Child Support June | $15.63 | $0.00 | $0.00 |
| 06/13/2007 | $50.00 | Money Order | Money Order | $65.63 | $0.00 | $0.00 |
| 06/15/2007 | ($0.41) | Postage Charges (USPS) | | $65.22 | $0.00 | $0.00 |
| 06/18/2007 | ($1.07) | Postage Charges (USPS) | | $64.15 | $0.00 | $0.00 |
| 06/18/2007 | ($1.09) | Postage Charges (USPS) | | $63.06 | $0.00 | $0.00 |
| 06/18/2007 | ($1.07) | Postage Charges (USPS) | | $61.99 | $0.00 | $0.00 |
| 06/18/2007 | ($0.90) | Postage Charges (USPS) | | $61.09 | $0.00 | $0.00 |
| 06/18/2007 | ($0.90) | Postage Charges (USPS) | | $60.19 | $0.00 | $0.00 |
| 06/21/2007 | ($29.44) | Commissary Sale | Ticket Number 51028 | $30.75 | $0.00 | $0.00 |
| 06/26/2007 | ($8.73) | Commissary Sale | Ticket Number 51711 | $22.02 | $0.00 | $0.00 |
| 06/28/2007 | ($1.17) | Postage Charges (USPS) | | $20.85 | $0.00 | $0.00 |
| 06/28/2007 | ($1.48) | Postage Charges (USPS) | | $19.37 | $0.00 | $0.00 |
| 07/01/2007 | $0.00 | $10.00 Reservation to Pos Exemption | Pos Exemption | $19.37 | $0.00 | $0.00 |
| 07/03/2007 | ($16.13) | Commissary Sale | Ticket Number 52793 | $3.24 | $0.00 | $0.00 |
| 07/05/2007 | ($0.90) | Postage Charges (USPS) | | $2.34 | $0.00 | $0.00 |
| 07/05/2007 | ($0.34) | Postage Charges (USPS) | | $2.00 | $0.00 | $0.00 |
| 07/05/2007 | ($0.34) | Postage Charges (USPS) | | $1.66 | $0.00 | $0.00 |
| 07/05/2007 | ($0.34) | Postage Charges (USPS) | | $1.32 | $0.00 | $0.00 |
| 07/05/2007 | ($0.34) | Postage Charges (USPS) | | $0.98 | $0.00 | $0.00 |
| 07/05/2007 | ($0.75) | Postage Charges (USPS) | | $0.23 | $0.00 | $0.00 |
| 07/06/2007 | $10.00 | State Pay | State Pay | $10.23 | $0.00 | $0.00 |
| 07/11/2007 | ($3.00) | Old Med CoPay prior to 1aug07 | 7/3/07 | $7.23 | $0.00 | $3.00 |
| 07/11/2007 | ($2.50) | Payment to CHILD SUPPORT | July Child Support Payment | $4.73 | $0.00 | $3.00 |
| 07/13/2007 | ($0.02) | Postage Charges (USPS) | | $4.71 | $0.00 | $3.00 |
| 07/13/2007 | ($0.17) | Postage Charges (USPS) | | $4.54 | $0.00 | $3.00 |
| 07/16/2007 | $100.00 | Money Order | Money Order | $104.54 | $0.00 | $3.00 |
| 07/16/2007 | ($10.00) | Copy Charges | xerox | $94.54 | $0.00 | $3.00 |
| 07/16/2007 | ($10.00) | Copy Charges | xerox | $84.54 | $0.00 | $3.00 |
| 07/16/2007 | ($10.00) | Copy Charges | xerox | $74.54 | $0.00 | $3.00 |
| 07/17/2007 | ($31.56) | Commissary Sale | Ticket Number 54795 | $42.98 | $0.00 | $3.00 |
| 07/20/2007 | ($0.75) | Postage Charges (USPS) | | $42.23 | $0.00 | $3.00 |
| 07/23/2007 | ($0.17) | Postage Charges (USPS) | | $42.06 | $0.00 | $3.00 |
| 07/23/2007 | ($0.17) | Postage Charges (USPS) | | $41.89 | $0.00 | $3.00 |

| | | | | | |
|---|---|---|---|---|---|
| 07/23/2007 | ($0.17) Postage Charges (USPS) | | $41.72 | $0.00 | $3.00 |
| 07/23/2007 | ($0.17) Postage Charges (USPS) | | $41.55 | $0.00 | $3.00 |
| 07/23/2007 | ($0.17) Postage Charges (USPS) | | $41.38 | $0.00 | $3.00 |
| 07/23/2007 | ($0.17) Postage Charges (USPS) | | $41.21 | $0.00 | $3.00 |
| 07/23/2007 | ($0.17) Postage Charges (USPS) | | $41.04 | $0.00 | $3.00 |
| 07/23/2007 | ($0.17) Postage Charges (USPS) | | $40.87 | $0.00 | $3.00 |
| 07/23/2007 | ($1.82) Postage Charges (USPS) | | $39.05 | $0.00 | $3.00 |
| 07/23/2007 | ($0.17) Postage Charges (USPS) | | $38.88 | $0.00 | $3.00 |
| 07/23/2007 | ($0.17) Postage Charges (USPS) | | $38.71 | $0.00 | $3.00 |
| 07/24/2007 | ($14.09) Commissary Sale | Ticket Number 56023 | $24.62 | $0.00 | $3.00 |
| 07/31/2007 | ($11.73) Commissary Sale | Ticket Number 57039 | $12.89 | $0.00 | $3.00 |
| 08/01/2007 | $0.00 $10.00 Reservation to Pos Exemption | Pos Exemption | $12.89 | $0.00 | $3.00 |
| 08/02/2007 | ($0.17) Postage Charges (USPS) | | $12.72 | $0.00 | $3.00 |
| 08/03/2007 | $17.00 State Pay | State Pay | $29.72 | $0.00 | $3.00 |
| 08/03/2007 | ($0.17) Postage Charges (USPS) | | $29.55 | $0.00 | $3.00 |
| 08/06/2007 | ($3.00) Payment to GRF Medical Co-Pay Fund | co-pays Prior to 8/1/07 for July | $29.55 | $0.00 | $0.00 |
| 08/07/2007 | ($4.25) Payment to CHILD SUPPORT | August Child Support Payments | $25.30 | $0.00 | $0.00 |
| 08/09/2007 | $15.00 Money Order | Money Order | $40.30 | $0.00 | $0.00 |
| 08/09/2007 | $25.00 Money Order | Money Order | $65.30 | $0.00 | $0.00 |
| 08/14/2007 | $75.00 Money Order | Money Order | $140.30 | $0.00 | $0.00 |
| 08/14/2007 | ($63.32) Commissary Sale | Ticket Number 59230 | $76.98 | $0.00 | $0.00 |
| 08/17/2007 | ($0.17) Postage Charges (USPS) | | $76.81 | $0.00 | $0.00 |
| 08/20/2007 | ($0.34) Postage Charges (USPS) | | $76.47 | $0.00 | $0.00 |
| 08/20/2007 | ($0.34) Postage Charges (USPS) | | $76.13 | $0.00 | $0.00 |
| 08/20/2007 | ($0.51) Postage Charges (USPS) | | $75.62 | $0.00 | $0.00 |
| 08/20/2007 | ($0.17) Postage Charges (USPS) | | $75.45 | $0.00 | $0.00 |
| 08/20/2007 | ($0.34) Postage Charges (USPS) | | $75.11 | $0.00 | $0.00 |
| 08/20/2007 | ($0.51) Postage Charges (USPS) | | $74.60 | $0.00 | $0.00 |
| 08/20/2007 | ($0.12) Postage Charges (USPS) | | $74.48 | $0.00 | $0.00 |
| 08/20/2007 | ($0.17) Postage Charges (USPS) | | $74.31 | $0.00 | $0.00 |
| 08/20/2007 | ($0.17) Postage Charges (USPS) | | $74.14 | $0.00 | $0.00 |
| 08/20/2007 | ($0.17) Postage Charges (USPS) | | $73.97 | $0.00 | $0.00 |
| 08/20/2007 | $0.12 Reversed Postage Charges (USPS) | Reversed Task No. 5460395 | $74.09 | $0.00 | $0.00 |
| 08/20/2007 | ($0.17) Postage Charges (USPS) | | $73.92 | $0.00 | $0.00 |
| 08/21/2007 | ($56.81) Commissary Sale | Ticket Number 60296 | $17.11 | $0.00 | $0.00 |
| 08/24/2007 | ($0.34) Postage Charges (USPS) | | $16.77 | $0.00 | $0.00 |
| 08/24/2007 | ($0.34) Postage Charges (USPS) | | $16.43 | $0.00 | $0.00 |