UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Zan F. Becker
Plaintiff

v. CA 07-352S

Warden Stewart C. Hudson, et al
Defendant

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on September 24, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1)(B). No objection having been filed, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is dismissed and Petitioner's Motion to Proceed in Forma Pauperis is Denied as Moot.

BY ORDER:

DEPUTY CLERK

ENTER:

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 10/15/07