UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
One Exchange Terrace
Providence, RI 02903

RECEIVED
DEC 04 2007
Property of U.S. District Court
District of Rhode Island

Mr. Jan F. Becker, RICO Plaintiff
U.S. Political Prisoner #A399-713

v.

Hudson, Michael B. Mukasey, G.W. Bush, Mark Filip, Patrick J. Fitzgerald, Scooter Libby, Sheldon Whitehouse, Jack Reed, Paul D. Clement, A. Gonzales, J. Ashcroft, Janet Reno, Lincoln Almond; and United Way of Rhode Island, et al.

Appellee-Conspirators.

A pp.No. ________

Dist.Case#1:07-cv-00352-S-LDA

NOTICE OF APPEAL

G.W. BushMag./Former Governor
Co-conspirator Lincoln D. Almond
Corrupt G.W. Bush United Way
Dist. Judge William E. Smith
Corrupt Reagan/V.P. G.H.W. Bush
Chief Judge Ernest C. Torres

Notice is hereby given that Jan F. Becker, U.S. Political Prisoner #A399-713 having been denied habeas corpus and RICO sanctions necessary to stop the United Way RICO Conspiracy to Invade Iraq; "by 3 corrupt Bushies" hereby appeals to the United States Court of Appeals for the 1st Circuit from the Judgment ORDER dismissing this case without objections to the corrupt former Governor of Rhode Island Magistrate's REPORT AND RECOMMENDATION made to further the United Way RICO Criminal Enterprise he personally promoted in Rhode Island, and protect his own State co-conspiratorsappointees & G.W. Bush;

There was no reason to object, Appellant showed 14 YEARS AGO that it known United Way Conspirators follow no laws, have no checks or balance or compromised them when they took office for United Way and G.W. Bush.

United Way has now "helped" 3,874 American Servicemen to their DEATH and created 3,874 American Families United Way Victims for NEW FUNDING; entered in this action on the 15th day of Oct., 2007; compromising Congress.

Appellant demands TREBLE DAMAGES of filed claims; and an ADDITIONAL $31 million dollars be awarded to the estate of Veronica M. Becker; (Deceased Thurs, Sept. 20th, 2007) for pain, anguish, and suffering contributing to her death; who waited 14 years for justice and the legal return of all of her grandchildren, in her own little United Way Prison living hell, blocked from receiving prison phone calls from the appellant; never to see her son set free or exonerated from the conspiracy.

Mr. Jan F. Becker [signature]

Signature Mr. Jan F. Becker, Appellant

U.S. Political Prisoner#A399-713
Mansfield Correctional Institution
Secret United Way Death Gulag #3
P.O. Box 788, 1150 North Main St.
Mansfield, Ohio 44901-0788

DATED: Nov. 30th, 2007 Friday

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
One Exchange Terrace
Providence, RI 02903

Mr. Jan F. Becker, RICO Plaintiff
U.S. Political Prisoner #A399-713

v.

Hudson, Michael B. Mukasey, G.W. Bush, Mark Filip, Patrick J. Fitzgerald, Scooter Libby, Sheldon Whitehouse, Jack Reed, Paul D. Clement, A. Gonzales, J. Ashcroft, Janet Reno, Lincoln Almond, and United Way of Rhode Island, et al.
Appellee-Conspirators.

App. No. ______________________

District #1:07-cv-00352-S-LDA
(DEFAULTED)
**AFFIRMATION OF SERVICE**

G.W. Bush Mag. /Former Governor Co-conspirator Lincoln D. Almond

Corrupt G.W. Bush United Way Dist. Judge William E. Smith

Corrupt Reagan/V.P. G.H.W. Bush Chief Judge Ernst C. Torres

I, Mr. Jan F. Becker, RICO Appellant, do declare under penalty of perjury that I COULD NOT SERVE the attached Notice of Appeal; by reason being ~~that I have served a copy of the attached~~ an impoverished, indigent, newly-orphaned at the death of my Mother, helpless United Way Political Prisoner; waiting for United Way Probate Judges to free up trust funds; with no way to make copies or pay postage to serve the following conspirators:

~~upon~~ 1. Michael B. Mukasey, U.S. Atty. Gen. & Susan Mukasey, Jessica Mukasey, and Marc Mukasey, et al.
~~whose address is~~ U.S. Dept. of Justice
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530-0001

2. Karen Hughes, Under Secretary of State for Public Diplomacy and Public Affairs (w/Condi ?:-)
U.S. Dept. of State
2201 "C" Street N.W.
Washington, D.C. 20520
Attn: Sean McCormack, Spokesman
(JUST QUIT - Please Forward :-)

3. Mark Filip, Deputy Atty. Gen. Nominee (Nov. 16, 2007)
1978 Dirksen Bldg.
219 S. Dearborn St. U.S. Dist. Judge 3/3/04
Chicago, IL 60604
(Protecting Fitzgerald, Libby, Hastert, Reggie B. Walton, John D. Bates, McClellan, & John Paul Stevens) et al.

DATED: Fri. Nov. 30th 2007

Mr. Jan F. Becker [signature]

Signature Mr. Jan F. Becker, Appellant

4. Mary A. Gerster, Counsel
Bureau of National Affairs
1231 25th St. N.W.
Washington, D.C. 20037

5. Cray J. Coppins, Jr., U.S. Navy Counsel
1000 Navy Pentagon Attn: Donald
Washington, D.C. 20002 Winter, Sec.

6. Scott E. Torguson, Counsel
South Eastern Ohio Legal Services (New Conspirator!)
12 West Locust Avenue
Newark, Ohio 43055

7. Kevin J. McAllister, New Conspirator
Critchfield, Critchfield & Johnson, LLP.
225 N. Market Street, P.O. Box 599
Wooster, Ohio 44691
(United Way of Wayne/Holmes Counties)

8. Paul M. Bernhart, New Cohort
Ohio Attorney General Asst.
30 East Broad Street
Columbus, Ohio 43215

9. Nancy A. Kelly, Old Conspirator
City of Cleveland Dept. of Law
601 Lakeside, Rm. 106 City Hall
Cleveland, Ohio 44114

Dist.of R.I. AFFIRMATION OF DEFAULTED SERVICE (Cont.Pg.2) Partial List:

10.Robert A. Fiatal, Supervisor
Ohio Bureau of Criminal
Identification & Investigation
1560 State Rt. 56, P.O.Box 365
London, Ohio 43140 (Appointed
Oct.18th, 2007, issued fake files
protecting Steve Lamantia, John
E.Monce Jr., Ted A.Almay, Akron FBI,
U.S.Marshals & Fed.Judges, etal.

11. Trent Lott, (R-Mississippi) Sen.
437 Russell Sen. Off. Bldg.
Washington, D.C. 20510 (RESIGNED Mon.
Nov.26th, 2007 when Robert A. Fiatal
failed to "Open State Investigation"
to falsify "New Release Evidence" to
contain damage control to Holmes Co.
ALSO SUED IN Miss. PLEASE FORWARD :-)

12. John J. Donnelly, Presiding J.
John E. Corrigan, Judge Cohort
John A. Polito, Court Administrator
Cuyahoga County Probate Court
One Lakeside Avenue
Cleveland, Ohio 44113

13. Andy S. Dever, & Denise R. Cameron, Asst.
Cuyahoga County Prosecutor Office
1200 Ontario St. 8th Floor
Cleveland, Ohio 44113 (Protecting
Probate Judges & Stephanie TubbsJones)

14. Melissa J. Callais, New Cohort
Counsel, Ohio Public Defender
8 East Long Street, 11th Fl.
Columbus, Ohio 43215

15. Fedele DeSantis, Asst. Ohio Atty. Gen.
615 West Superior Ave. 11th Fl.
Cleveland, Ohio 44113 (Old Cohort)

16. Gene W. Beard, Asst. Chief Counsel
Internal Revenue Service (and
United Way Domestic Employment &
Subsequent Termination Tracking Svc)
1111 Constitution Ave. NW
Washington, D.C. 20224

17. David A. Beale, Counsel
U.S.Dept.of Health & Human "Services"
200 Public Square, Suite #1300
Cleveland, Ohio 44114

18. Steven M. Dettelbach, Asst. Cohort
United States Attorney Office
801 West Superior Ave. #400
Cleveland, Ohio 44113

19. Marc H. Feldman, Corp. Counsel
Cavaliers Operating Company
1 Center Court
Cleveland, Ohio 44115
(Cleveland Cavaliers United Way
Charities & Conspirator Employer)
of the Cleveland Police Dept.
for Homeland Political Security)

20. Donna J. Meyer, Corp. Counsel
Cleveland Clinic Foundation
9500 Euclid Ave.
Cleveland, Ohio 44195

21. Christopher J. Meyer, Conspirator
National City Corp. United Way
1900 E. 9th, St. 17th Fl. Counsel
Cleveland, Ohio 44114

22. Robert D. Dunn, Corp. Counsel
Keybank NA ( and United Way
Falsified Home Loan Section)
127 Public Square OH-01-99-2014
Cleveland, Ohio 44114

23. Brian J. Eastman, Counsel
Ohio Dept. of Rehab&Corr.
968 Freeway Drive North
Colombus, Ohio 43229

24. Warren W. Dettinger, Corp. Counsel
Diebold, Inc. 5995 Mayfair Rd.
P.O. Box 3077,
North Canton, Ohio 44720
Attn: Corporate Culture of Corruption
United Way Election Fixing Section

25. Kristine W. Beard, Court Counsel
Ohio 5th Appellate Dist. Court
110 Central Plaza South Rm. 320
Canton, Ohio 44702
"Any decision for United Way"

26. Elite H. Freiman, Clerk-Counsel
for Ohio Sup.Ct. Justice Moyer
65 South Front St. 9th Fl.
Columbus, Ohio 43215
"And we will affirm that decision"

27. Nicole J. DeSario, Clerk-Counsel
for Akron District Judge Gwin
Two South Main Street
510 U.S.Courthouse
Akron, Ohio 44303
"ANY CRIME is legal for United Way"

Dist.of R.I. AFFIRMATION OF DEFAULTED SERVICE (Cont.Pg.3) Partial List:

28.U.S.Attorney R.I.District
Fleet Center, 8th Floor
50 Kennedy Plaza
Providence,R.I. 02903

29.Rhode Island Attorney General
150 S.Main Street
Providence, R.I. 02903

30.CoConspirator Christopher Cox
Securities and Exchange Commission
450 5th Street N.W., Rm.6000
Washington,D.C.20549-0601
Attn: Brian G. Cartwright,Gen.Counsel

31.Frances Fragos Townsend
Asst.to the President for
Homeland (Political) Security
and Counterterrorism Propaganda
Homeland Security Council
Eisenhower Executive Off.Bldg.
Washington,D.C. 20504
(RESIGNED Mon.Nov.19th,2007)
(Please FORWARD to her United Way

32.Jim Nussle,NEW Budget Director
The White House (Budgetless War)
1600 Pennsylvania Ave.N.W.
Washington,D.C. 20500
(Continues Budget Debacle for Ohio )
(United Way Conspirator Rob Portman)
(Re-cycled from House Budget Comm:-)
Attn: Fred Fielding, W.H.Counsel

33.Sen.Kay Bailey Hutchison(R) TX
284 Russell Senate Off. Bldg.
Washington,D.C. 20510
OLD Conspirator announced: will
not seek re-election Oct.16,2007
(should be impeached before 2012.)

34.Donald Kerr, NEW DeputyDirector
of National Intelligence and
United Way Domestic Spying
Office of the Solicitor General
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530-0001
Attn: Toby Heytens,Asst.Sol.General

35.Megan Mitchell,CheneySpokesGirl
Office of the V.P. of the U.S.
Eisenhower Executive Off. Bldg.
1650 Pennsylvania Ave. N.W.
Washington,D.C.20501

36.Brian Kennedy,SpokesmanHeadLier
for House Minority Leader Boehner
U.S.House of Representatives
Office of the Clerk H-154
The Capitol,Washington,D.C.20515-
Attn:Lorraine C. Miller,Clerk 6601

37.Timothy F.Hagan&KateMullgrew
Jimmy Dimora&PeterLawsonJones
CuyahogaCountyCommissioners
1219 Ontario St.4th Fl.
Cleveland,Ohio 44113-1684
Attn: "Trekies for United Way"

38.Mark Everson & (wife) Barbara
President American Red Cross
17th & "D"Streets, N.W.
Washington,D.C. 20006
Former IRS Commissioner,already
sued&recycled;RESIGNED Mon.Nov.27th
when Ohio failed to open a State
INvestigation to"contain"conspiracy.

39.Katharina E.Devanney,Asst.Pros.
Medina County Prosecutor Office
72 Public Square
Medina,Ohio 44256
Attn:Culture of Corruption Section

40.Allen Hubbard,White House Cohort
Economic Advisor (RESIGNED Weds.
Nov.28th,2007 when Robert A. Fiatal
failed to open collusive inquiry.)
1800 "G"Street,N.W. 8th Floor
Washington, D.C. 20502
Attn: Keith Hennessey,Conspirator
Council of Economic Advisors YesMen

41.Michael O. Johanns (RESIGNED) Sec.
U.S.Dept. of Agriculture and
United Way Land Confiscations
Whitten Bldg. Rm. 200-A
1400 Independence Ave. S.W.
Washington,D.C. 20250
Attn:Marc L. Kesselman,Gen.Cnsl.
(Please forward to ADMUnited Way)

42.Abelino Farias,Jr.-Sp.Agent-in-
Charge USDA Investigations
Office of Inspector General- USDA
111 N.Canal St. Suite#1130
Chicago, IL 60606-3017
Attn:Ed R. Krivus,Regional Insp.Gen.
(See: Patrick Fitzgerald :-P

43.George W.Foresman,Under Sec.,
Preparedness Directorate
U.S.Dept.Homeland Security
Nebraska Ave. Complex
Washington, D.C. 20528
(Incase they didn't tell you :-)

44.Leah Rinfret, NEW Co-Conspirator
184 East Jackson St.
Millersburg, Ohio 44654