Case 1:07-cv-00352-S-LDA Document 4 Filed 10/15/2007 Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
One Exchange Terrace
Providence, RI 02903

Zan F. Becker
Plaintiff

V. CA 07-352S

Warden Stewart C. Hudson, et al
Defendant

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on September 24, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1)(B). No objection having been filed, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is dismissed and Petitioner's Motion to Proceed in Forma Pauperis is Denied as Moot.

BY ORDER:

[signature] Baldwell
DEPUTY CLERK

ENTER:

[signature]
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 10/15/07

(Corrupt G.W.Bush Judge)
YES 12/2/02 MAN

Former corrupt Republican Gov. of Rhode Island protecting his own United Way RICO Enterprise!

Lincoln D. Almond is now a corrupt G.W.Bush Magistrate promoted for his total lack of integrity ... for United Way.

Encouraged by Ernest C. Torres, a corrupt Reagan/G.H.W.Bush Chief Judge from the beginning of the presidential cover-up in 11/6/87 Aramony United Way Scandal.