Case 1:07-cv-00352-S-LDA Document 5 Filed 10/15/2007 Page 1 of 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**Zan F. Becker**
**Plaintiff**

**V.**

**Case Number: C.A. 07-352S**

**Warden Stewart C. Hudson, et al**
**Defendant**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment is hereby entered in favor of the Defendant, Warden Stewart C. Hudson, et al against the Plaintiff, Zan F. Becker pursuant to the Court's Order dated October 15, 2007 adopting the Magistrate Judge's Report and Recommendation dated September 24, 2007 Denying as Moot Petitioner's Motion to Proceed in Forma Pauperis and dismissing the Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.**

**BY ORDER:**

**October 15, 2007**
**Date**

**Deputy Clerk**