# United States District Court

DISTRICT OF Rhode Island

Mr. Jan F. Becker, RICO Petitioner,
U.S. Political Prisoner #A399-713

v.

Hudson, Mukasey, Bush, Filip, Fitzgerald, Libby, Whitehouse, Reed, Clement, Gonzales, Ashcroft, Reno, Almond, and United Way of Rhode Island, et al,

Respondent-Defendants.

**MOTION &**
**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER:

I, Mr. Jan F. Becker ------------------, declare that I am the *(check appropriate box)*

■ petitioner/plaintiff

☐ ~~movant (filing 28 U.S.C. 2255 motion)~~

☐ ~~respondent/defendant~~

■ 28U.S.Code§503, §2284, §2241, §2254 & 18U.S.C.A.§1961et seq.; 42U.S.C.§1983 18U.S.C.§956; other 28U.S.C.A.§1343

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding of the issues I intend to present on appeal are briefly stated as follows: United Way-U.S.Political Prisoner held on falsified charges; framed with fabricated United Way evidence; using double-fake OhioBCI & FBI criminal history and prison records; without due process, habeas corpus, appeals with judges; in court-conspiracy to conceal United Way kidnappings and presidential kill-for-hire plot to cover-up the pre-emptive Conspiracy to Invade Iraq Diversion from the original G.H.W.Bush/Aramony United Way Debacle compromising all 93 U.S. Attorneys, firing 9 ... for United Way.

In further support of this application, I answer the following questions.

1. Are you presently employed? Yes ☐ No ■
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)
   N/A (See: Attached Certified Accounting Statement)
   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. N/A

2. Have you received within the past twelve months any money from any of the following sources?

| | | |
|---|---|---|
| a. Business, profession or other form of self-employment | Yes ☐ | No ■ |
| b. Rent payments, interest or dividends? | Yes ☐ | No ■ |
| c. Pensions, annuities or life insurance payments? | Yes ☐ | No ■ |
| d. Gifts or inheritances? | Yes ■ | No ☐ |
| e. Any other sources? | Yes ■ | No ☐ |

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
Yes ☐ No ■ (Include any funds in prison accounts.)
If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
Yes ☐ No ■
If the answer is "yes," describe the property and state its approximate value.

(Deceased Thurs. Sept. 20th, 2007) *

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. $4.25/month

Veronica Becker-Elderly, Invalid Mother
Jan M. Becker, Jr.-Estranged Eldest Son
Bridget A. Becker-Estranged Eldest Daughter
Joey Becker-Estranged Youngest Son
Angel Becker-Estranged Youngest Daughter: Paternity Test falsifed by CSB/United Way to cause divorce and abuse charges.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Fri. Nov. 30th, 2007 (Date)

Mr. Jan F. Becker, Sr. [signature]
Signature of Applicant

**CERTIFICATE**

*(Prisoner Accounts Only)*

*No further funds until Probate is complete.

I certify that the applicant named herein has the sum of $ 5.61 on account to his credit at the Mansfield Corr. Inst. institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: N/A

I further certify that during the last six months the applicant's average balance was $ 36.33

[signature]
Authorized Officer of Institution

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
| --- | --- |
| United States Judge / Date | United States Judge or Magistrate Judge / Date |