MANDATE

US DC/RI
07-00352
Smith, J

# United States Court of Appeals
## For the First Circuit

No. 07-2807

JAN BECKER,

Petitioner, Appellant,

v.

STUART HUDSON, ET AL.,

Respondents, Appellees.

Before

Boudin, Chief Judge,
Stahl, Senior Circuit Judge,
and Lipez, Circuit Judge.

**JUDGMENT**

Entered: April 30, 2008

Appellant's motion to proceed in forma pauperis is denied, a certificate of appealability is denied, and the appeal is terminated, essentially for the reasons stated in the September 24, 2007 Report and Recommendation.

By the Court:

/s/ Richard Cushing Donovan, Clerk

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

MY
**Deputy Clerk**

**Date:** 6/24/08

[cc: Jan Becker]